## Peter Sindak, Appellee, v. Stanley Jaskowiak, Appellant.

### Gen. No. 22,922.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 30, 1917.

### Statement of the Case.

Action by Peter Sindak, plaintiff, against Stanley Jaskowiak, defendant, to recover damages for injuries sustained by being bitten by defendant's dog. From a judgment for plaintiff for $600, defendant appeals.

J. S. DUDLEY, for appellant.

VINCENT G. GALLAGHER and ERNEST MESSNER, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. ANIMALS, § 46*—*when verdict for damages for injuries from bite of dog is not excessive.* A verdict for $900, reduced by re-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

mittitur to $600, *held* not excessive where a man was bitten in the leg by the defendant's dog, and where the leg bled profusely and the laceration of the muscles caused a permanent condition, and plaintiff was under the care of a physician for nearly three months and suffered an actual loss of twenty weeks' time at $18 a week.

2. ANIMALS, § 43*—*when evidence is sufficient to sustain judgment for injuries to person by dog.* In an action to recover for personal injuries sustained by plaintiff as the result of being bitten by a dog of the defendant, where it appeared that the plaintiff was visiting at a house located in the rear of the lot on which the defendant's saloon was located; that as he was leaving the premises, the dog, which was being led by a chain, jumped up and bit plaintiff, and that the vicious character of the dog was known to the defendant, *held* that the judgment in favor of the plaintiff would not be disturbed.